| Herman v. Russo [51] | 03/09/2016 | 618 MAL (2015) | Denied | Pa.Super., 121 A.3d 1139 |
|---|---|---|---|---|
| K.L., In re [52] ....... | 03/09/2016 | 505 EAL (2015) | Denied | Pa.Super., 122 A.3d 1119 |
| Kittrell v. Watson [53] | 03/15/2016 | 819 MAL (2015) | Denied | No. 567 MDA 2015 |
| Peppelman v. David Cutler Group [54] ... | 03/08/2016 | 890 MAL (2015) | Denied | No. 2146 EDA 2015 |
| PR Financing Ltd. Partnership v. Elias [55] ............. | 03/15/2016 | 387 WAL (2015) | Denied | Pa.Super., 131 A.3d 98 |
| Richards, In re Estate of [56] ......... | 03/08/2016 | 399 WAL (2015) | Denied | Pa.Super., 133 A.3d 63 |
| Roman v. McGuire Memorial ........ | 03/16/2016 | 475 WAL (2015) | Denied | Pa.Super., 127 A.3d 26 |
| Wells Fargo Bank, N.A. v. Mirkov [57] .. | 03/09/2016 | 569 MAL (2015) | Denied | Pa.Super., 122 A.3d 1141 |

**51.** Justice EAKIN and WECHT did not participate in the consideration or decision of this matter.

**52.** Justice EAKIN did not participate in the consideration or decision of this matter.

**53.** Justice EAKIN did not participate in the decision of this matter.

**54.** Justice EAKIN did not participate in the decision of this matter.

**55.** Justice EAKIN did not participate in the consideration or decision of this matter.

**56.** Justice EAKIN did not participate in the consideration or decision of this matter.

**57.** Justice EAKIN did not participate in the consideration or decision of this matter.